**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **YOJANA DEL SOCORRO** <br> **MAYORGA ROMERO,** <br><br>      *Petitioner*, <br> **v.** <br><br> **MARY DE ANDA-YBARRA,** <br> *in her official capacity as* Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement; <br> **MARKWAYNE MULLIN,** <br> *in his official capacity as* Secretary of the U.S. Department of Homeland Security; <br> **DAVID J. VENTURELLA,** <br> *in his official capacity as* Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; **and** <br> **MICHAEL WATKINS,** <br> *in his official capacity as* Warden, ERO El Paso Camp East Montana Detention Facility, <br><br>      *Respondents*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-01517-DCG** |

## FINAL JUDGMENT

On July 20, 2026, the Court granted Petitioner Yojana Del Socorro Mayorga Romero's

Petition for Writ of Habeas Corpus (ECF No. 1) and ordered Respondents to take the following

actions:

    (1)    <u>by July 27, 2026</u>, release Petitioner from custody under appropriate and lawful conditions of supervision; *and*

    (2)    <u>by August 3, 2026</u>, notify the Court that Petitioner was released from custody.[1]

---

[1] *See* Order Granting Pet., ECF No. 8, at 5–6.

Respondents timely confirmed that Petitioner was released from custody.[2]

Petitioner has obtained the habeas relief to which she is entitled, so there appears to be nothing further for the Court to do in this case. The Court now enters its Final Judgment under Federal Rule of Civil Procedure 58.[3]

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

The Court **CLOSES** the above-captioned case.

Finally, although the Court recognizes that—given Respondents' confirmation that Petitioner was released—mail is unlikely to reach Petitioner at the facility where she was previously detained, the Court **DIRECTS** the Clerk of Court to **MAIL** this Final Judgment to:

Yojana Del Socorro Mayorga Romero
ERO El Paso Camp East Montana
6920 Digital Road
El Paso, TX 79936

**So ORDERED and SIGNED this 5th day of August 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[2] *See* Resp'ts' Advisory, ECF No. 11.

[3] FED. R. CIV. P. 58(a) ("Every judgment and amended judgment must be set out in a separate document . . . .").

*See* RULES GOVERNING SECTION 2254 CASES ("Habeas Rules"), Rule 1(a) ("These rules govern a petition for a writ of habeas corpus filed in a United States district court under 28 U.S.C. § 2254").

*See also* Habeas Rule 1(b) ("The district court may apply any or all of these rules to a habeas corpus petition not covered by Rule 1(a)"); Habeas Rule 12 ("The Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules.").